PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 3:05CR10-004-MEF |
| BOBBY SUE WARREN | |

On _____October 13, 2005_____ the above named was placed on supervised release for a period of __3__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ James Chappell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __12th__ day of __March__, 20 __07__.

Chief United States District Judge